MICHAEL REYNOLDS, Respondent, *v.* ELIZABETH DOLAN et al., Appellants.

(Submitted February 10, 1930; decided February 18, 1930.)

*William A. Scanlan* for motion.
*Christopher C. McGrath* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.